IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARRELL CHAMBERS,

    Plaintiff,

v.                                          Case No. 1:22-cv-138-AW-ZCB

OFFICER DAVID BRICE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 8 report and recommendation. ECF No. 18. There has been no objection. (I note that the report and recommendation was returned as undeliverable, but Plaintiff had an obligation to apprise the court of address changes.)

I have determined that the report and recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim." The clerk will then close the file.

SO ORDERED on March 20, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge